1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9

Designer Skin, LLC, et al.,                    )    No. CV 05-3699-PHX-JAT
                                               )
10

        Plaintiffs,                            )    **FINAL JUDGMENT AND**
                                               )    **PERMANENT INJUNCTION**
11

vs.                                            )
                                               )
12
                                               )
13

S & L Vitamins, Inc., et al.,                  )
                                               )
14

        Defendants.                            )
                                               )
15                                             )

16

        The Court, with the aid of an advisory jury, having found that Defendant S & L

17

Vitamins, Inc. has infringed Plaintiff Designer Skin, LLC's copyrights in the electronic

18

renderings of 42 of its products—Ultimate Love Junkie, Secret Rapture, Revival, Sheer

19

Wisdom, Ray of Light, Vanishing Act, Designer Skin Intrigue, Tao, Designer Skin Mood,

20

Designer Skin Worship, Worship Me, Designer Skin Goddess, Halo, Designer Skin

21

Spellbound, Designer Skin Speed of Light, Designer Skin Shine, Designer Skin Saving Face,

22

Amazing Face, Addicted to Love, Designer Skin Drama Queen, Enamor, Flare, Undercover

23

Angel, Designer Skin Bombshell, Designer Skin Believe, Splash Get Down Brown, Ritual,

24

Shrine, Dolce, Whisper, Veritas, Boutique Bronze Camouflage, Bohemia, Bronze Bondage,

25

Smolder, Siren, Angel, Gold Digger, Ego Maniac, Triple Play, Splash Hustle, and Bipolar

26
27
28

(the "Products")—as set forth in this Court's Findings of Fact and Conclusions of Law, now renders the final judgment in this matter[1]:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to 17 U.S.C. § 502, Designer Skin has judgment against S & L Vitamins for copyright infringement of Designer Skin's copyrights in the electronic renderings of the Products. S & L Vitamins, its officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with it are hereby immediately and permanently ENJOINED from publicly displaying, using, copying, or otherwise infringing Designer Skin's copyrights in these electronic renderings for any purpose whatsoever. Nothing herein, however, shall be construed to enjoin S & L Vitamins from taking, using, or displaying original photographs of the physical Products themselves in connection with S & L Vitamins' sale of the Products on the internet;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that S & L Vitamins has not infringed Designer Skin's copyrights in the products styled The Big O, Pure Intentions, Freedom, Choc-o-holic, Daddy-O, Floozy, Fortune, Boutique Bloom, Secret Stash, Try Me, Faker, and Shameless;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction over the enforcement of this injunction, which Designer Skin may invoke through the filing of an Application for an Order to Show Cause, and that the Court's order dated September 19, 2006 (Doc. # 30), which granted admission *pro hac vice* to S & L Vitamins' counsel, shall remain in full force and effect for all purposes relating to any such proceedings herein; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs in this matter.

---

[1] A myriad of other claims were resolved in favor of S & L Vitamins and against Designer Skin in earlier orders of this Court, most notably the Court's summary-judgment order (Doc. # 76). Rather than incorporate each of these dispositions into this final judgment, the Court will simply allow the record of these dispositions to speak for itself.

1     DATED this 5th day of September, 2008.

2

3

4

5                                James A. Teilborg

6                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28